FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Gabriel Pina, <br><br> Defendant. | Case No.: CR 09-0939 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. Calif.** for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **current allegations, no Known bail resources,**

1  unemployed, ongoing substance abuse, use of multiple aliases,
2  prior revocation and prior failures to appear, outstanding
3  warrant

4  (and)/or

5  B.  (✓)  The defendant has not met (his)/her burden of establishing by
6  clear and convincing evidence that (he)/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: ongoing substance abuse, active restraining order,
10 allegations of violence against girlfriend in front of
11 children, prior revocation and probation violations, lengthy
12 criminal history, outstanding warrant

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17  Dated: Jan. 4, 2022                           /s/ Jean Rosenbluth
                                                  JEAN ROSENBLUTH
18                                                U.S. MAGISTRATE JUDGE

2